

DA 11-0138

IN THE SUPREME COURT OF THE STATE OF MONTANA

2011 MT 205N

WILLIAM SHRINER,

        Petitioner and Appellant,

  v.

DEPARTMENT OF LABOR AND INDUSTRY,
WILD JACK'S CASINO,

        Respondents and Appellees.

| | |
|---|---|
| APPEAL FROM: | District Court of the First Judicial District, In and For the County of Lewis and Clark, Cause No. BDV 2010-41 Honorable Jeffrey M. Sherlock, Presiding Judge |

COUNSEL OF RECORD:

        For Appellant:

        William Shriner (self-represented), Lincoln, Montana

        For Appellees:

        Marieke Beck, Montana Department of Labor and Industry, Helena, Montana (Department of Labor and Industry)

        Sara R. Sexe, Marra, Sexe, Evenson & Bell, P.C., Great Falls, Montana (Wild Jack's Casino)

                Submitted on Briefs: August 10, 2011
                         Decided: August 23, 2011

Filed:

              _____
                       Clerk

Justice Michael E Wheat delivered the Opinion of the Court.

¶1 Pursuant to Section I, Paragraph 3(d), Montana Supreme Court Internal Operating Rules, this case is decided by memorandum opinion and shall not be cited and does not serve as precedent. Its case title, cause number, and disposition shall be included in this Court's quarterly list of noncitable cases published in the Pacific Reporter and Montana Reports.

¶2 William Shriner ("Shriner") appeals the dismissal of his petition for judicial review ("Petition") by the First Judicial District Court, Lewis and Clark County. We affirm.

¶3 This case originates from Shriner's banishment by Wild Jack's Casino in Lincoln, Montana. After being banned, Shriner filed a complaint with the Human Rights Bureau ("HRB"). After investigating, the HRB dismissed the complaint. Shriner then filed an objection with the Human Rights Commission ("Commission"). The Commission reviewed the HRB's decision, overruled Shriner's objections, and affirmed the dismissal.

¶4 In its order, the Commission clearly states Shriner's two options for further review: (1) he could file a civil action within 90 days pursuant to § 49-2-511(3)(a), MCA; or (2) he could petition for judicial review of the Commission's decision within 30 days of the date of the Commission's order pursuant to §§ 2-4-702 and 49-2-511(3)(b), MCA. The Commission's order affirming the HRB's determination is dated December 8, 2009.

¶5 Shriner filed a petition for judicial review on January 19, 2010. The Department of Labor moved to dismiss Shriner's petition for judicial review as procedurally time barred. Shriner responded that he filed late because he was seeking an attorney. The District Court

2

dismissed Shriner's petition as time barred, finding no equitable reasons existed to allow Shriner's untimely petition to proceed.

¶6    We review a district court's conclusions of law for correctness. *BNSF Railway Co. v. Cringle*, 2010 MT 290, ¶ 11, 359 Mont. 20, 247 P.3d 706. The timeliness of a petition for judicial review is an affirmative defense. *Cringle*, ¶ 18. It is important to apply procedural time bars regularly and consistently. *Cringle*, ¶ 18; *Weidow v. Uninsured Employers' Fund*, 2010 MT 292, ¶ 28, 359 Mont. 77, 246 P.3d 704. However, procedural time bars are subject to constitutional review and equitable principles. *Cringle*, ¶ 18. Equitable issues are reviewed for an abuse of discretion. *Ruegsegger v. Welborn*, 237 Mont. 317, 321, 773 P.2d 305, 308 (1989).

¶7    After reviewing the record, we have determined to decide this case pursuant to Section I, Paragraph 3(d) of our Internal Operating Rules, which provides for noncitable memorandum opinions. The issue in this case is legal and is controlled by settled Montana law, which the District Court correctly interpreted. Shriner was clearly notified, in plain, unambiguous language, of the time frame for filing a petition for judicial review. He did not file within the given time. The District Court did not abuse its discretion in finding no equitable reasons existed to toll the limitations period.

¶8    Affirmed.

                                        /S/ MICHAEL E WHEAT


We Concur:

3

/S/ MIKE McGRATH
/S/ PATRICIA COTTER
/S/ BRIAN MORRIS
/S/ JAMES C. NELSON